## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Clearpoint Chemicals, LLC** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-5231803** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **18300 Scenic Highway 98** <br> **Fairhope, AL 36532-6844** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Baldwin** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | **18300 Scenic Highway 98 Fairhope, AL 36532-6844** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.clearpointchemicals.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2131____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ☑ No
**have possession of any**
**real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                **Why does the property need immediate attention?** (*Check all that apply*.)

                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                    What is the hazard? _____

                                ☐ It needs to be physically secured or protected from the weather.

                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                ☐ Other _____

                                **Where is the property?** _____
                                                          Number, Street, City, State & ZIP Code

                                **Is the property insured?**

                                ☐ No

                                ☐ Yes.    Insurance agency _____

                                          Contact name _____

                                          Phone _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**
                                ☑    Funds will be available for distribution to unsecured creditors.

                                ☐    After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**                   ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                ☑ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

**15.  Estimated Assets**       ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000            ☑ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000            ☑ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2020**
               MM / DD / YYYY

X **/s/ John Harlan Foster** _____        **John Harlan Foster** _____
Signature of authorized representative of debtor                Printed name

Title   **President** _____

**18. Signature of attorney**

X **/s/ Alexandra K. Garrett** _____     Date **September 29, 2020** _____
Signature of attorney for debtor                                   MM / DD / YYYY

**Alexandra K. Garrett** _____
Printed name

**Silver, Voit & Garrett** _____
Firm name

**4317-A Midmost Dr.**
**Mobile, AL 36609** _____
Number, Street, City, State & ZIP Code

Contact phone   **(251) 343-0800** _____     Email address   **agarrett@silvervoit.com** _____

**GARRA3702** _____
Bar number and State

Case 20-12274    Doc 1    Filed 09/29/20    Entered 09/29/20 17:36:53    Desc Main
Document      Page 4 of 42

Fill in this information to identify the case:

| Debtor name | Clearpoint Chemicals, LLC |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **22nd State Bank** PO Box 99 Louisville, AL 36048-0099 | | **Promissory Note & Security A** | | $1,757,798.44 | $1,842,164.71 | $336,907.29 |
| **BYK USA, Inc.** 524 S Cherry St Wallingford, CT 06492-4453 | | | | | | $365,054.47 |
| **Clearpoint Polymers, LLC** 18300 Scenic Highway 98 Ste F Fairhope, AL 36532-6860 | | **Money Owed** | **Contingent** | | | $723,214.00 |
| **Crimson Chemicals** PO Box 101478 Fort Worth, TX 76185-1478 | | | | | | $340,722.05 |
| **Envirotech** PO Box 5512 Denver, CO 80217-5512 | | | | | | $173,531.13 |
| **Finoric LLC** 8115 Loop 540 Beasley, TX 77417-9485 | | | | | | $1,307,067.98 |
| **Hoover Ferguson** PO Box 732866 Dallas, TX 75373-2866 | | | | | | $971,756.29 |
| **Idealease of Acadiana, LLC** PO Box 52376 Lafayette, LA 70505 | | | | | | $227,159.68 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Integrity Applied Science 10765 Turner Blvd Unit E Longmont, CO 80504-9724** | | | **Unliquidated Disputed** | | | **$500,000.00** |
| **Isomeric Industries, Inc. 3400 Research Forest Dr Ste B4 The Woodlands, TX 77381-4247** | | | **Unliquidated Disputed** | | | **$3,964,200.24** |
| **Oilfield Solutions, Inc. 2614 S County Road 1257 Midland, TX 79706-2845** | | | | | | **$1,511,461.40** |
| **PVS Chloralkali, Inc. 109000 Harper Ave Detroit, MI 48201** | | | **Unliquidated Disputed** | | | **$169,442.15** |
| **Reagent Chemical & Research PO Box 95000 Philadelphia, PA 19195-0001** | | | **Unliquidated Disputed** | | | **$405,965.39** |
| **Rocky Mountain Transload, Inc. 4475 E 74th Ave Ste 202 Commerce City, CO 80022-1406** | | | | | | **$470,397.61** |
| **Servis First Bank ServisFirst Bank c/o Doug Rehm 316 S Baylen St Ste 100 Pensacola, FL 32502-5907** | | **Loan** | | | | **$1,079,800.00** |
| **ServisFirst Bank ServisFirst Bank Attn: Doug Rehm 316 S Baylen St Ste 100 Pensacola, FL 32502-5907** | | **Promissory Note & Security A** | **Unliquidated** | **$257,004.16** | **$69,126.40** | **$187,877.76** |
| **Solnexus Chemical 6001 W Industrial Ave Midland, TX 79706-2841** | | | **Unliquidated Disputed** | | | **$185,297.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Solugen, Inc.** <br> **14594 Minetta St** <br> **Houston, TX** <br> **77035-6524** | | | | | | **$151,878.26** |
| **Steve Strbra Consulting, Inc.** | | | | | | **$723,074.25** |
| **UMB Capital Finance** <br> **UMB Bank, N.A. c/o** <br> **James Rine,** <br> **President** <br> **1010 Grand Blvd** <br> **Kansas City, MO** <br> **64106-2202** | | **Promissory Note & Security A** | **Unliquidated** | **$2,512,144.67** | **$10,073,636.27** | **$1,459,029.74** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

# United States Bankruptcy Court
## Southern District of Alabama, Mobile Division

In re __Clearpoint Chemicals, LLC__

Debtor(s)

Case No. _____

Chapter __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Harlan Foster<br>18300 Scenic Highway 98 Ste F<br>Fairhope, AL 36532-6860 | Common Stockholder | 50 | |
| Todd Randolph Rader<br>18520 Madrone Vista Dr<br>Austin, TX 78738-7629 | Common Stockholder | 50 | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September 29, 2020__

Signature __/s/ John Harlan Foster__

John Harlan Foster

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 2020 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Southern District of Alabama, Mobile Division**

IN RE:                                                          Case No. _____

Clearpoint Chemicals, LLC_____          Chapter **11**_____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September 29, 2020**_____          Signature: ***/s/ John Harlan Foster***_____
                                                     **John Harlan Foster, President**                    Debtor


Date: _____          Signature: _____
                                                                                                Joint Debtor, if any

© 2020 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

22nd State Bank
PO Box 99
Louisville, AL  36048-0099


3 J Cleaning Services
PO Box 5487
Midland, TX  79704-5487


4-Star Hose & Supply, Inc.
PO Box 541356
Dallas, TX  75354-1356


A&W Trucking, LLC
441 Shiloh Rd
Crawford, TN  38554-3803


A-1 Roto Mold
PO Box 79583
Fort Worth, TX  76179-0583


Absolute Energy Services
2967 Jackson Mill Rd
Jane Lew, WV  26378-8011


Accounts Receivable
1806 33rd St Ste 180
Orlando, FL  32839-8846

Acme Truck Line, Inc.
PO Box 415000
Nashville, TN  37241-5000


ADT Security Services
3190 S Vaughn Way
Aurora, CO  80014-3512


Advantis LLC
2816 E Loop 390 N
Marshall, TX  75672-3182


AFCO Insurance Premium Finance
5600 N River Rd Ste 400
Rosemont, IL  60018-5187


Allchem Blending & Packaging, Inc.
4011 Almeda Rd
Houston, TX  77004-4025


Ally Auto
PO Box 380902
Bloomington, MN  55438-0902


Amerivax, Inc.
10601 W Murphy St
Odessa, TX  79763-7883

Anatole
5200 Briarwood Ave
Midland, TX  79707-2525


Armstrong Transport Group
PO Box 74815
Chicago, IL  60694-4815


AT&T
PO Box 5019
Carol Stream, IL  60197-5019


Biosuite, LLC
10187 Windfern Rd
Houston, TX  77064-5813


Blue Cross Blue Shield of Alabama
450 Riverchase Pkwy E
Birmingham, AL  35244-2858


Bluebonnet Energy Services/Wells LLC
204 W Nopal St
Carrizo Springs, TX  78834-3206


Break-N-EVN Transportation & Oilfield Se
441 Shiloh Rd
Crawford, TN  38554-3803

Breakaway Transportation Services, LLC
815 S Waco St
Weatherford, TX  76086-5341


Brennatag Southwest
PO Box 970230
Dallas, TX  75397-0230


Bridgeport Express Care, Inc.
1370 Johnson Ave Fl 1
Bridgeport, WV  26330-1492


Bull-Dawg Energy Services, LLC
16220 Air Center Blvd
Houston, TX  77032-5118


Bulletproof Glass, LLC
1031 Coyochic
Odessa, TX  79763-5008


BYK USA, Inc.
524 S Cherry St
Wallingford, CT  06492-4453


Byrd Oilfield Services, LLC
PO Box 7269
Abilene, TX  79608-7269

C.H. Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN  55480-9121


Cactus Equipment Rental, LLC
PO Box 1273
Goldthwaite, TX  76844-1273


CallTower
10701 S River Front Pkwy Fl 4
South Jordan, UT  84095-3520


Cameron Campbell
2127 Moss Creek Ln
Conroe, TX  77304-5314


Carlos M. Arce
Perdue Brandon Fielder Collins & Mott LL
613 NW Loop 410 Ste 550
San Antonio, TX  78216-5593


Carrizo Springs/Wintergarden/Hospital
PO Box 425
Carrizo Springs, TX  78834-6425


Casten & Pearce
PO Box 1180
Shreveport, LA  71163-1180

Chandler Engineering Company, LLC
2001 N Indianwood Ave
Broken Arrow, OK  74012-1163


Chimique International Inc.
1065 Dyer Crossing Way
Round Rock, TX  78665-7906


Christopher D. Schouest, Esq.
2901 Moss St
Lafayette, LA  70501-1241


Cintas Corporation
7007 Fairgrounds Pkwy
San Antonio, TX  78238-4503


CK Polymers, LLC
4801 Woodway Dr Ste 275E
Houston, TX  77056-1828


Clean-Co Systems, Inc.
PO Box 301094
Dallas, TX  75303-1094


Clearpoint Polymers, LLC
18300 Scenic Highway 98 Ste F
Fairhope, AL  36532-6860

Clifford Power Systems, Inc.
9310 E 46th St N
Tulsa, OK  74117-5805


Cloud, Wills & Ellis, LLC
3928 Montclair Rd Ste 227
Birmingham, AL  35213-2435


Cobalt Energy Solutions, LLC
7607 Fern Ave Ste 1103
Shreveport, LA  71105-5743


Colorado Department of Revenue
1375 Sherman St
Denver, CO  80261-3000


Convey Logistics, LLC
2817 W End Ave Ste 126
Nashville, TN  37203-1453


Cotton Bledsoe Tighe & Dawson, PC
PO Box 2776
Midland, TX  79702-2776


Crimson Chemicals
PO Box 101478
Fort Worth, TX  76185-1478

Crudechem Technology, LLC
1998 FM 362 Rd
Pattison, TX  77423-9412


CT Corporation
PO Box 4349
Carol Stream, IL  60197-4349


D&S, Ltd.
13809 N Highway 183 Ste 800
Austin, TX  78750-1211


Davis Electrical Service Company, LLC
3502 Roosevelt Dr
Midland, TX  79703-6223


DB Company, LLC
7645 US Highway 19 N
Jane Lew, WV  26378-7932


Debbie Reddick
5848 Boat Club Rd Ste 400
Fort Worth, TX  76179-7778


Defender Contracting LLC
3327 Pontchartrain Dr Ste 203
Slidell, LA  70458-4851

Dimmit County
Attn: Mary Sandoval
PO Box 425
Carrizo Springs, TX  78834-6425


DIRECTTV
PO Box 105249
Atlanta, GA  30348-5249


DiverterPlus, LLC
PO Box 796015
Saint Louis, MO  63179-6000


Dominion Energy
PO Box 26783
Richmond, VA  23261-6783


Dow Chemical
Global Dow Center
2211 H H Dow Way
Midland, MI  48642-4815


Dupre Logistics, LLC
201 Energy Pkwy Ste 201
Lafayette, LA  70508-3800


Eastern Well Service Company
9821 Katy Fwy Ste 1050
Houston, TX  77024-1218

```
Electronic Data Devices
PO Box 12128
Odessa, TX  79768-2128


Energy Services Group, Inc.
PO Box 670663
Dallas, TX  75267-0663


Enterprise Fleet Management
PO Box 800089
Kansas City, MO  64180-0089


Enterprise Fleet Services
8335 Ibm Dr Ste 100
Charlotte, NC  28262-4569


Envirotech
PO Box 5512
Denver, CO  80217-5512


Ergon West Virginia, Inc.
PO Box 1639
Jackson, MS  39215-1639


Essential Logistics, LLC
PO Box 732951
Dallas, TX  75373-2951
```

Estes Express Lines
PO Box 25612
Richmond, VA  23260-5612


Etech Environmental & Safety Solutions
PO Box 62228
Midland, TX  79711-2228


Euler Hermes Collections North America
800 Red Brook Blvd Ste 400C
Owings Mills, MD  21117-5173


Express Energy Services Operating, L.P.
9800 Richmond Ave Ste 500
Houston, TX  77042-4853


Fairplay Enterprise, LLC
2646 W 33rd Ave
Denver, CO  80211-3304


Finoric LLC
8115 Loop 540
Beasley, TX  77417-9485


First Insurance Funding
450 Skokie Blvd Ste 100
Northbrook, IL  60062-7909

Flex Fleet Rental, LLC
2855 E Cottonwood Pkwy Ste 100
Salt Lake City, UT  84121-7038


Four R Marketing, LLC
715 Ouachita Rd # 72
Smackover, AR  71762


Fuel Mark, Inc.
PO Box 69192
Odessa, TX  79769-0192


Gaston & Strain
6200 FM 307
Midland, TX  79706-4908


GMCO Commodities
228 Powerline Rd
Rifle, CO  81650-3674


Grace Instrument
9434 Katy Fwy Ste 300
Houston, TX  77055-6309


Gravity Oilfield Services
3300 N A St Bldg 4
Midland, TX  79705-5421

Gross Law Office
1 S Main St Ste 100
Webb City, MO  64870-2300


Hamm Law Group, PLLC
3000 N Garfield St Ste 205
Midland, TX  79705-6461


Harbor Communications
PO Box 2063
Mobile, AL  36652-2063


Heat Waves Hot Oil Service LLC
999 18th St # 1925N
Denver, CO  80202-2499


Herc Rentals, Inc.
PO Box 650280
Dallas, TX  75265-0280


Hilliard Office Solutions
PO Box 52510
Midland, TX  79710-2510


Hoover Ferguson
PO Box 732866
Dallas, TX  75373-2866

```
HP Oilfield Services, LLC
383 Inverness Pkwy Ste 330
Englewood, CO  80112-5863


Hydrite Chemical Co.
PO Box 689227
Chicago, IL  60695-9227


Idealease of Acadiana, L.L.C.
PO Box 52376
Lafayette, LA  70505-2376


Idealease of Acadiana, LLC
PO Box 52376
Lafayette, LA  70505-2376


Idealease of Acadiana, LLC
PO Box 52376
Lafayette, LA  70505


Ideallease of Acadiana, LLC
PO Box 52736
Lafayette, LA  70505-2736


Iloca Services, Inc
9S104 Frontenac St
Aurora, IL  60504-6450
```

Integrity Applied Science
10765 Turner Blvd Unit E
Longmont, CO  80504-9724


Integrity Biochem
1100 N Cresson Hwy
Cresson, TX  76035-4121


Integrity Delaware, LLC
1607 Junction Hwy
Kerrville, TX  78028-9300


Isomeric Industries, Inc.
3400 Research Forest Dr Ste B4
The Woodlands, TX  77381-4247


iTankData, LLC
1000 Ballpark Way Ste 216
Arlington, TX  76011-5171


J.M. Bard & Bard Company
PO Box 185
Joplin, MO  64802-0185


Jackson Walker LLP
1401 McKinney St Ste 1900
Houston, TX  77010-4037

James E. Cabello
PO Box 6158
San Antonio, TX  78209-0158


Jane Lew PSD
PO Box 845
Jane Lew, WV  26378-0845


JGB Law
4104 Bellaire Blvd
Houston, TX  77025-1004


John N. Pappanastos, Esq.
PO Box 950
Lady Lake, FL  32158-0950


Jon & Kathy Diehl
2604 Andrea Ct
Moore, OK  73160-8963


JPM Investments, Inc.
5335 N Grandview Ave
Odessa, TX  79762-4733


Just Energy
PO Box 650518
Dallas, TX  75265-0518

K-Solv, LP
9660 Katy Fwy
Houston, TX  77055-6322


Kaplan Legal Services, LLC
6065 Roswell Rd Ste 540
Atlanta, GA  30328-4009


Kemira Chemicals, Inc.
Mail Code 5586
PO Box 71209
Charlotte, NC  28272-1209


Kevin Cole
102 Kens Lake Estates Rd
Winfield, WV  25213-7686


Kings Tire Service, In.
PO Box 3511
Bluefield, WV  24701


Lambdin IT Consulting
500 W Ohio Ave Ste 100
Midland, TX  79701-4361


Law Firm of Shawn M. Grady, PLLC
2100 West Loop S Ste 805
Houston, TX  77027-3522

Law Office of Ted Rodriguez, Jr.
201 N 5th St
Carrizo Springs, TX  78834-3103


Leak, Douglas & Morano, P.C.
17 20th St N Ste 200
Birmingham, AL  35203-4027


Lou Spivack, P.C.
5447 E 5th St Ste 205
Tucson, AZ  85701


Maples & Fontenot, LLP
Wells Fargo Tower
61 Saint Joseph St Ste 200
Mobile, AL  36602-3519


Matt King
6268 Fieldwood Ct
Louisville, IL  62858


McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680-1269


Mcdonald Farms
7440 E Interstate 25 Frontage Rd
Frederick, CO  80504

McElroy, Deutsch, Mulvaney & Carpenter,
1300 Mount Kemble Ave
Morristown, NJ  07960-8009


McFall & Maulsby
4645 Avon Ln Ste 160B
Frisco, TX  75033


Midland Central Appraisal District
PO Box 908002
Midland, TX  79708


Mike Prough
DeHaan & Bach L.P.A.
25 Whitney Dr Ste 106
Milford, OH  45150-8400


Mountain State Waste
PO Box 386
Weston, WV  26452-0386


Mountain State Waste
PO Box 7839
Charleston, WV  25356-0839


Nashville Chemical & Equipment
7001 Westbelt Dr
Nashville, TN  37209-1023

National Colloid
906 Adams St
Steubenville, OH  43952


New Mexico Taxation and Revenue Dept
New Mexico Taxation and Revenue Departme
PO Box 25128
Santa Fe, NM  87504-5128


Nichamoff Law PC
2444 Times Blvd Ste 270
Houston, TX  77005-3253


North Texas Sales and Distribution
PO Box 540513
Dallas, TX  75354-0513


Nova Healthcare
PO Box 840066
Dallas, TX  75284-0066


NXTsoft Cybersecurity Solutions, LLC
PO Box 381955
Birmingham, AL  35238-1955


Oilfield Labs of America LLC
PO Box 4458
Houston, TX  77210-4458

Oilfield Solutions, Inc.
2614 S County Road 1257
Midland, TX  79706-2845


ON3 Chemistry
2646 W 33rd Ave
Denver, CO  80211-3304


Oracle Netsuite
2955 Campus Dr # SITE 100
San Mateo, CA  94403-2500


PCT Corp
4235 Commerce St
Little River, SC  29566-7877


Phillips Murrah P.C.
3710 Rawlins St Ste 1420
Dallas, TX  75219-4296


Pico Propane Operating LLC
PO Box 1309
Del Rio, TX  78841-1309


Pinric II, LLC
7120 NW 63rd St
Bethany, OK  73008-1977

Pinric II, LLC
7120 NW 63rd St Hngr 7
Bethany, OK  73008-1977


Piper Electric Co., Inc.
5960 Jay St Unit A
Arvada, CO  80003-5660


Premier Oilfiled Group, LLC
11335 Clay Rd Ste 180
Houston, TX  77041-1117


Pro Field Services, Inc.
PO Box 525
Hallettsville, TX  77964-0525


Professional Support Services, Inc.
717 Camann St
Greensboro, NC  27407-1501


Protection 1/ADT
PO Box 219044
Kansas City, MO  64121-9044


Providence Consulting Group
PO Box 933289
Cleveland, OH  44193-0035

```
PVS Chloralkali, Inc.
109000 Harper Ave
Detroit, MI  48201


Quala
PO Box 534698
Atlanta, GA  30353-4698


Quilling, Selander, Lownds, Winslett & M
2001 Bryan St Ste 1800
Dallas, TX  75201-3070


Rapid Oil Chance, Inc.
3854 Penbrook St
Odessa, TX  79762-6148


Reagent Chemical & Research
PO Box 95000
Philadelphia, PA  19195-0001


Renowned Chemicals
PO Box 1551
Waller, TX  77484-1551


Republic Services
PO Box 78829
Phoenix, AZ  85062-8829
```

Republic Services
8220 W Highway 80
Midland, TX  79706-2826


Resolute Oil, LLC
PO Box 4652
Houston, TX  77210-4652


Richard J. Dyer
C/O F.T. "Nick" Hood
3000 N Garfield St Ste 205
Midland, TX  79705-6461


Rio Resources, LLC
1171 Gruene Rd Ste 105
New Braunfels, TX  78130-3028


Rocky Mountain Transload, Inc.
4475 E 74th Ave Ste 202
Commerce City, CO  80022-1406


Rocky Mountain Transportation Services,
2430 Vanderbilt Beach Rd
Naples, FL  34109-2654


Rush Truck Leasing
PO Box 2208
Decatur, AL  35609-2208

Ryan McNeil
24 Smith Rd Ste 400
Midland, TX  79705-4430


Schneider National Carriers, Inc.
PO Box 281496
Atlanta, GA  30384-1496


Seko
1100 N Arlington Heights Rd Ste 600
Itasca, IL  60143-3111


Servis First Bank
ServisFirst Bank c/o Doug Rehm
316 S Baylen St Ste 100
Pensacola, FL  32502-5907


ServisFirst Bank
ServisFirst Bank Attn: Doug Rehm
316 S Baylen St Ste 100
Pensacola, FL  32502-5907


Sheeta Global Tech Corp.
738 Arrow Grand Cir
Covina, CA  91722-2147


Sherman & Howard L.L.C.
633 17th St Ste 3000
Denver, CO  80202-3622

Shoppa's Material Handling
5445 Blue Mound Rd
Fort Worth, TX  76106-1943


Smart Chemical Logistics
PO Box 7687
Amarillo, TX  79114-7687


SmartBank
SmartBank
103 Ecor Rouge Pl Shop Ctr
Fairhope, AL  36532-3061


Solaris Oilfield Site Services Operating
9811 Katy Fwy Ste 900
Houston, TX  77024-1283


Solnexus Chemical
6001 W Industrial Ave
Midland, TX  79706-2841


Solugen, Inc.
14594 Minetta St
Houston, TX  77035-6524


Southern Tank Leasing, Inc.
98 Lloyd Dollar Dr
Demopolis, AL  36732

Southern Tire Mart
12618 W Interstate 20
Odessa, TX  79765-9428


Stallion Oilfiled Holdings, Inc.
950 Corbindale Rd Ste 300
Houston, TX  77024-2849


Sterling Global Industries, LLC
18300 Scenic Highway 98 Ste F
Fairhope, AL  36532-6860


Stine Equipment
PO Box 1094
Bastrop, TX  78602-1094


Summit Transport & Environmental, Inc.
15 Garton Plz
Weston, WV  26452-2128


Sunbelt Industrial Services
2415 Cullen St
Ft Worth, TX  76107-1411


Sunstate Equipment Company
PO Box 52581
Phoenix, AZ  85072-2581

Superior Tank, Inc.
PO Box 500
Beach City, OH  44608-0500


Target Logistics Management, LLC
2170 Buckthorne Pl Ste 440
Spring, TX  77380-1794


TAS Environmental Services, L.P.
PO Box 173803
Arlington, TX  76003-3803


Tate Young Law Firm
5005 Woodway Dr Ste 201
Houston, TX  77056-1711


Texan Stone, LLC
11806 Wilcrest Dr Ste 202
Houston, TX  77031-1906


Texas Pride Fuels, LTD.
1300 E Highway 199
Springtown, TX  76082-6891


Texas State Comptroller
Comptroller of Public Accounts
PO Box 149359
Austin, TX  78714-9359

Texas Tank Works
200 N FM 1229
Colorado City, TX  79512-2355


The Dow Chemical company
1 E Main St
Bay City, MI  48708-7495


The Fuentes Firm
5507 Louetta Rd Ste A
Spring, TX  77379-7872


The Jackson Law Firm
3900 Essex Ln Ste 1116
Houston, TX  77027-5111


The Tap Water Station
3615 N County Rd
Midland, TX  79701


The Westover Group
Tyler Hamilton L.P. C/O Westover Managem
PO Box 101166
Fort Worth, TX  76185-1166


TitanLiner, Inc.
4100 International Plz Ste 538
Fort Worth, TX  76109-4818

Trailer Services of West Texas
PO Box 32018
Amarillo, TX  79120-2018


Transplace Capacity Service
PO Box 90405
Chicago, IL  60696


Tucker, Albin & Associates, Inc.
1702 N Collins Blvd Ste 100
Richardson, TX  75080-3662


TXU Energy
PO Box 650638
Dallas, TX  75265-0638


Tyler-Hamilton LP
C/O Westover Management
PO Box 101166
Fort Worth, TX  76185-1166


Uline
PO Box 88741
Chicago, IL  60680-1741


UMB Capital Finance
UMB Bank, N.A. c/o James Rine, President
1010 Grand Blvd
Kansas City, MO  64106-2202

UniFirst
PO Box 776
Uvalde, TX  78802-0776


United Rentals
PO Box 100711
Atlanta, GA  30384-0711


Uniti Fiber
107 Saint Francis St Ste 1800
Mobile, AL  36602-3318


Univar Solutions
3 Waterway Square Pl Ste 1000
The Woodlands, TX  77380-3488


Univar, USA, Inc.
PO Box 409692
Atlanta, GA  30384-9692


Utah State Tax Commission
Taxpayer Services Division
210 N 1950 W
Salt Lake City, UT  84134-9000


Vantage Specialities, Inc.
2534 Momentum Pl
Chicago, IL  60689-5325

Voonami, Inc.
2302 S Presidents Dr Ste F
West Valley, UT  84120-2341


Wadler Perches Hundl Kerlick
101 W Burleson St
Wharton, TX  77488-5003


Wagner Rents
17800 E 22nd Ave
Aurora, CO  80011-3546


Walding LLC
2227 1st Ave S Ste 100
Birmingham, AL  35233-2338


Warrior Supply, Inc.
PO Box 4989
Victoria, TX  77903-4989


Water Mark Technologies
762 State Route 15 S Ste 2D
Lake Hopatcong, NJ  07849-2410


Wauson Probus
1 Sugar Creek Center Blvd Ste 880
Sugar Land, TX  77478-3557

West Texas Drum Co., Ltd
11107 W County Road 127
Odessa, TX  79765-9684


Wex Bank
PO Box 6293
Carol Stream, IL  60197-6293


Wick Phillips Gould & Martin
100 Throckmorton St Ste 1500
Fort Worth, TX  76102-2845


William R. Pringle LLC
3625 1st Ave S
Birmingham, AL  35222-1801


Williams, Babbit & Weisman, Inc.
1001 W Yamato Rd Ste 302
Boca Raton, FL  33431-4403


XPO Logistics
27724 Network Pl
Chicago, IL  60673-1277


Xylem Dewatering Solutions, Inc.
28611 Network Pl
Chicago, IL  60673-1286